**Form 704-8A**
**Rev. 1/05**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

In re:  GOLDER, DANA R.            )        **Chapter 7**
                                   )        **Case No.  09-51042**
Debtor                             )

## TRANSMITTAL OF UNCLAIMED FUNDS

Comes now the undersigned Trustee and reports as follows:

1.  Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case.  The bank on which these checks are drawn has been instructed to stop payment on said checks.

2.  The trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3.  The trustee has indicated the name, address, and amount due each creditor below.

| **Names of Creditor** | **Address** | **Amount** |
|---|---|---|
| Target National Bank c/o Weinstein & Riley, PS | 2001 Western Avenue Suite 400 Seattle, WA 98121 | $192.10 |

Date:  July 21, 2010            */s/ Charles R. Allen, Jr.*
                                Charles R. Allen, Jr., Trustee
                                120 Church Avenue, S.W.
                                Roanoke, VA 24011
                                540-342-1731